Edward J. Fanning, Jr., Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
efanning@mccarter.com
*Attorneys for Defendant,*
*Frontier Airlines, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TERESA VIGLIONE, | : | |
| | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRONTIER AIRLINES, INC., | : | **STATEMENT OF FILING AND** |
| ABC DOES 1-20 (FICTITIOUS NAMES), | : | **SERVICE OF NOTICE OF REMOVAL** |
| | : | |
| Defendants. | : | |

The undersigned counsel for defendant, Frontier Airlines, Inc., states that pursuant to 28 U.S.C. § 1446(d), on June 14, 2023, a copy of the Notice of State Court of Filing of Removal with a copy of the Notice of Removal attached was filed with the Clerk of the Superior Court of New Jersey, Ocean County.

Dated: June 14, 2023

                                                Respectfully submitted,

                                        By:   /s/ Edward J. Fanning, Jr.
                                              Edward J. Fanning, Jr.
                                              **McCARTER & ENGLISH, LLP**
                                              Four Gateway Center
                                              100 Mulberry Street
                                              Newark, NJ  07102
                                              (973) 622-4444
                                              efanning@mccarter.com
                                              *Attorneys for Defendant,*
                                              *Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2023, a copy of this Statement of Filing and Service of Notice of Removal was served on the following counsel of record via overnight mail at the following address:

> Kenneth J. Potis, Esq.
> Kenneth James Potis, LLC
> 301 Route 9 South
> Manalapan, NJ 07726
> *Attorneys for Plaintiff*

>                               */s/ Edward J. Fanning, Jr.*
>                                 Edward J. Fanning, Jr.