Edward J. Fanning, Jr., Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
efanning@mccarter.com
*Attorneys for Defendant,*
*Frontier Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TERESA VIGLIONE, | : | |
| | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRONTIER AIRLINES, INC., | : | **NOTICE TO ADVERSARY OF** |
| ABC DOES 1-20 (FICTITIOUS NAMES), | : | **FILING OF NOTICE OF REMOVAL** |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that Defendant Frontier Airlines, Inc. has filed a Notice of Removal of the state court action captioned Teresa Viglione, Plaintiff, v. Frontier Airlines, Inc., ABC Does 1-20 (fictitious names), Defendants, Docket No. OCN-L-001113-23, Superior Court of New Jersey, Ocean County, Law Division, to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  Copies of the Notice of Removal and Notice of Filing of Notice of Removal to the Clerk of the Superior Court are being served upon you with this Notice to Adversary. You are hereby further notified that a copy of the Notice of Removal was delivered to the Court where this action is now pending, which shall effect the removal of the action from that Court.

This notice is given to you as counsel for plaintiff in compliance with the provisions of 28 U.S.C. § 1446.

        Respectfully submitted,

By:  */s/ Edward J. Fanning*
      Edward J. Fanning, Jr.
      McCARTER & ENGLISH, LLP
      Four Gateway Center
      100 Mulberry Street
      Newark, NJ 07102
      (973) 622-4444
      efanning@mccarter.com
      *Attorneys for Defendant,*
      *Frontier Airlines, Inc.*

Dated: June 14, 2023

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2023, a copy of this Notice to Adversary of Filing of Notice of Removal was served on the following counsel of record via overnight mail at the following address:

>Kenneth J. Potis, Esq.
>Kenneth James Potis, LLC
>301 Route 9 South
>Manalapan, NJ 07726
>*Attorneys for Plaintiff*

*/s/  Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.

3