UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERESA VIGLIONE,<br><br>                            Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br>ABC DOES (1-20) (FICTITIOUS NAMES),<br><br>                            Defendants. | Civil Action No. _____<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Frontier Airlines, Inc., a non-governmental corporation, states that it is a wholly-owned subsidiary of Frontier Group Holdings, Inc.

Respectfully submitted,

Dated: June 14, 2023

/s/ *Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
*Attorneys for Defendants*
*Frontier Airlines, Inc.*

1