Edward J. Fanning
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
efanning@mccarter.com
*Attorneys for Defendant,*
*Frontier Airlines, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERESA VIGLIONE,<br><br>                       Plaintiff,<br>v.<br><br>FRONTIER AIRLINES, INC.,<br>ABC DOES 1-20 (FICTITIOUS NAMES),<br><br>                       Defendant(s). | Civil Action No. 3:23-cv-03274<br><br>**CONSENT ORDER REMANDING CASE TO STATE COURT AND STIPULATION LIMITING THE AMOUNT OF ANY JUDGMENT ENTERED AGAINST DEFENDANT IN STATE COURT** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Frontier Airlines, Inc.; and the attorney for Plaintiff Teresa Viglione having represented that if this case is remanded to the State Court, irrespective of any verdict in the State Court, Plaintiff will agree that no judgement shall be entered against Defendant Frontier Airlines, Inc. that totals in excess of $75,000.00, exclusive of interest and costs; and the consent of the Parties and good cause appearing;

It is on this _____ day of _____, 2023

**ORDERED:**

1. The within case be and hereby is remanded from the United States District Court for the District of New Jersey to the Superior Court of New Jersey, Law Division, Ocean County; and

2. Based upon the representation and agreement of Plaintiff's attorney, no judgment shall be entered in the Superior Court of New Jersey against Defendant Frontier Airlines, Inc. that totals in excess of $75,000.00, exclusive of interest and costs, irrespective of the size of any verdict rendered by the fact finder.

_____, U.S.D.J.
Robert Kirsch

I hereby consent to the form and entry of the within Stipulation and Order.

| | |
|---|---|
| **KENNETH J. POTIS, LLC**<br>*Attorneys for Plaintiff,*<br>*Teresa Viglione* | **McCARTER & ENGLISH, LLP**<br>*Attorneys for Defendant,*<br>*Frontier Airlines, Inc.* |
| By: /s/ Kenneth J. Potis | By: *s/ Edward J. Fanning, Jr.*<br>Edward J. Fanning, Jr. |
| Dated: June 20, 2023 | Dated: June 16, 2023 |

2