**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

TERESA VIGLIONE

                      Plaintiff,

v.                                    Case No.: 3:23−cv−03274−RK−DEA
                                          Judge Robert Kirsch

FRONTIER AIRLINES, INC., et al.

                      Defendant.

Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: OCN−L−001113−23

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                Very truly yours,

                                                CLERK OF COURT
                                                By Deputy Clerk, kht

encl.
cc: All Counsel